WINSTON & STRAWN LLP
Stephen P. Durchslag, Esq. (Illinois Bar No. 0696978)
Admitted *Pro Hac Vice*
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

WINSTON & STRAWN LLP
Andrew P. Bridges, Esq. (State Bar No. 122761)
John C. Nishi, Esq. (State Bar No. 178979)
Jennifer A. Golinveaux, Esq. (State Bar No. 203056)
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiff
THE JEL SERT COMPANY


SQUIRE, SANDERS & DEMPSEY L.L.P.
Lisa E. Aguiar, Esq.(State Bar No. 139897)
Michael E. Sobel, Esq. (State Bar No. 121913)
600 Hansen Way
Palo Alto, California 94304-1043
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

**E-filed 8/25/05**

Attorneys for Defendants
MARQUEZ BROTHERS FOODS INC. and
MARQUEZ BROTHERS INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE JEL SERT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARQUEZ BROTHERS FOODS INC. and MARQUEZ BROTHERS INTERNATIONAL INC.,<br><br>Defendants. | Case No. C 04-5504 JF<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FINALIZE SETTLEMENT OR, IN THE ALTERNATIVE, TO RESTORE THE MATTER TO THE COURT'S CALENDAR |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FINALIZE SETTLEMENT OR, IN THE ALTERNATIVE, TO RESTORE THE MATTER TO THE COURT'S CALENDAR
Case No. C 04-5504 JF

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

1.

1  WHEREAS, the parties to this lawsuit are in the process of finalizing the last details of their formal, written settlement of the lawsuit and its related dispute, but are faced with the absence of the representative of one of the parties;

WHEREAS, the consideration for settlement has not been delivered over because the written settlement has not been executed;

WHEREAS, the Court, on May 24, 2005, issued its Order of Dismissal, dismissing the lawsuit with prejudice but subject to the right of the parties to certify, within ninety days, that the agreed-upon consideration for the settlement has not been delivered over, upon which the Court's Order would stand vacated and the matter restored on the Court's calendar; and

WHEREAS, the parties jointly believe that this matter will be fully and formally settled and that consideration will be delivered within two weeks;

PURSUANT TO CIVIL LOCAL RULE 6-1, IT HEREBY IS STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto that the deadline in the Court's May 24, 2004 Order shall be extended two weeks, to and including September 6, 2005.

IN THE ALTERNATIVE, IT HEREBY IS STIPULATED AND AGREED by and between the undersigned attorneys for the parties that consideration has not been delivered over and, should the Court not be amenable to extending the current deadline in the Court's May 24, 2004 Order two weeks, the Court shall vacate the Order of May 24, 2005 and restore this matter to the Court's calendar.

Respectfully submitted,

Dated: August 23, 2005

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Michael E. Sobel

Attorneys for Defendants
MARQUEZ BROTHERS FOODS INC. and
MARQUEZ BROTHERS INTERNATIONAL, INC.

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FINALIZE SETTLEMENT OR, IN THE ALTERNATIVE, TO RESTORE THE MATTER TO THE COURT'S CALENDAR
Case No. C 04-5504 JF

2.

| | |
|---|---|
| Dated: August 23, 2005 | WINSTON & STRAWN LLP |
| | By: _____ |
| | John C. Nishi |
| | Attorneys for Plaintiff<br>THE JEL SERT COMPANY |

PURSUANT TO STIPULATION, IT IS ORDERED:

[select either:]

    (1) that the deadline in the Court's May 24, 2004 Order shall be extended two weeks, to and including September 6, 2005;

[or, in the alternative:]

    (2) that the Court vacates its Order of May 24, 2005 and restores this matter to the Court's calendar.

Dated: August 25, 2005

Jeremy Fogel /s/electronic signature authorized
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FINALIZE SETTLEMENT OR, IN THE ALTERNATIVE, TO RESTORE THE MATTER TO THE COURT'S CALENDAR
Case No. C 04-5504 JF

3.