1  WINSTON & STRAWN LLP
   Stephen P. Durchslag, Esq. (Illinois Bar No. 0696978)
2  Admitted *Pro Hac Vice*
   35 West Wacker Drive
3  Chicago, Illinois  60601-9703
   Telephone:  (312) 558-5600
4  Facsimile:  (312) 558-5700

5  WINSTON & STRAWN LLP
   Andrew P. Bridges, Esq. (State Bar No. 122761)
6  John C. Nishi, Esq. (State Bar No. 178979)
   Jennifer A. Golinveaux, Esq. (State Bar No. 203056)
7  101 California Street, Suite 3900
   San Francisco, California  94111-5894
8  Telephone:  (415) 591-1000
   Facsimile:  (415) 591-1400

9
   Attorneys for Plaintiff
10 THE JEL SERT COMPANY

11
   SQUIRE, SANDERS & DEMPSEY L.L.P.
12 Lisa E. Aguiar, Esq.(State Bar No. 139897)
   Michael E. Sobel, Esq. (State Bar No. 121913)
13 600 Hansen Way                                    **E-filed 8/26/05**
   Palo Alto, California  94304-1043
14 Telephone:   (650) 856-6500
   Facsimile:    (650) 843-8777
15
   Attorneys for Defendants
16 MARQUEZ BROTHERS FOODS INC. and
   MARQUEZ BROTHERS INTERNATIONAL, INC.
17

18              UNITED STATES DISTRICT COURT

19         FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

21 THE JEL SERT COMPANY,                   Case No. C 04-5504 JF

22              Plaintiff,                                          AMENDED
                                           STIPULATION AND [PROPOSED] ORDER
23      v.                                 EXTENDING TIME TO FINALIZE
                                           SETTLEMENT OR, IN THE
24 MARQUEZ BROTHERS FOODS INC. and         ALTERNATIVE, TO RESTORE THE
   MARQUEZ BROTHERS                        MATTER TO THE COURT'S CALENDAR
25 INTERNATIONAL INC.,

26              Defendants.

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FINALIZE SETTLEMENT OR, IN THE
ALTERNATIVE, TO RESTORE THE MATTER TO THE COURT'S CALENDAR
Case No. C 04-5504 JF                                                              1.

1    WHEREAS, the parties to this lawsuit are in the process of finalizing the last details of

2    their formal, written settlement of the lawsuit and its related dispute, but are faced with the

3    absence of the representative of one of the parties;

4    WHEREAS, the consideration for settlement has not been delivered over because the

5    written settlement has not been executed;

6    WHEREAS, the Court, on May 24, 2005, issued its Order of Dismissal, dismissing the

7    lawsuit with prejudice but subject to the right of the parties to certify, within ninety days, that the

8    agreed-upon consideration for the settlement has not been delivered over, upon which the Court's

9    Order would stand vacated and the matter restored on the Court's calendar; and

10    WHEREAS, the parties jointly believe that this matter will be fully and formally settled

11    and that consideration will be delivered within two weeks;

12    PURSUANT TO CIVIL LOCAL RULE 6-1, IT HEREBY IS STIPULATED AND

13    AGREED by and between the undersigned attorneys for the parties hereto that the deadline in the

14    Court's May 24, 2004 Order shall be extended two weeks, to and including September 6, 2005.

15    IN THE ALTERNATIVE, IT HEREBY IS STIPULATED AND AGREED by and

16    between the undersigned attorneys for the parties that consideration has not been delivered over

17    and, should the Court not be amenable to extending the current deadline in the Court's May 24,

18    2004 Order two weeks, the Court shall vacate the Order of May 24, 2005 and restore this matter

19    to the Court's calendar.

Respectfully submitted,

20

21    Dated: August 23, 2005

SQUIRE, SANDERS & DEMPSEY L.L.P.

22

23    By:_____
Michael E. Sobel

24

25    Attorneys for Defendants
MARQUEZ BROTHERS FOODS INC. and
MARQUEZ BROTHERS

26    INTERNATIONAL, INC.

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FINALIZE SETTLEMENT OR, IN THE
ALTERNATIVE, TO RESTORE THE MATTER TO THE COURT'S CALENDAR
Case No. C 04-5504 JF

2.

Dated:  August 23, 2005                    WINSTON & STRAWN LLP

                                           By: _____
                                               John C. Nishi

                                           Attorneys for Plaintiff
                                           THE JEL SERT COMPANY


        PURSUANT TO STIPULATION, IT IS ORDERED:

                             [select either:]

   *   (1)      that the deadline in the Court's May 24, 2004 Order shall be extended two weeks,
to and including September 6, 2005;   (JF)

                          [or, in the alternative:]

        (2)    that the Court vacates its Order of May 24, 2005 and restores this matter to the
Court's calendar.


Dated: August 26, 2005                     Jeremy Fogel /s/electronic signature authorized
                                           _____
                                           UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FINALIZE SETTLEMENT OR, IN THE
ALTERNATIVE, TO RESTORE THE MATTER TO THE COURT'S CALENDAR
Case No. C 04-5504 JF

3.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA  94304-1043